UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 20, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH MOULTRY,

    Defendant.

Case No.  2:20MJ00106-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **KEITH MOULTRY** ,

Case No. 2:20MJ00106-AC  Charge 18USC § 401 , from custody for the following reasons:

    x x    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

Issued at Sacramento, California on July 20, 2020 at 2:00 pm

By: *Allison Claire*

Magistrate Judge Allison Claire